1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
        333 Market Street, Suite 1500
6       San Francisco, California 94105
7       Telephone: (415) 977-8926
        Facsimile: (415) 744-0134
8       E-Mail: Daniel.Talbert@ssa.gov

9
   Attorneys for Defendant
10                         UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF CALIFORNIA
11                            SACRAMENTO DIVISION

12
   VICTORIA BOHLIN,            )      Case No. 2:10-cv-01790-DAD
13        Plaintiff,           )
                               )
14 v.                          )      STIPULATION AND ORDER FOR
                               )      THE AWARD OF ATTORNEY FEES PURSUANT
15                             )      TO THE EQUAL ACCESS TO JUSTICE ACT,
   MICHAEL J. ASTRUE,          )      28 U.S.C. § 2412(d), AND COSTS PURSUANT
16 Commissioner of Social Security, )  TO 28 U.S.C. § 1920
17        Defendant.           )
   _____)
18

19         IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

21 EAJA in the amount of THREE THOUSAND THREE HUNDRED dollars and 0 cents

22 ($3,300.00) and costs in the amount of THREE HUNDRED FIFTY dollars and 0 cents ($350.00).

23 This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date,

24 by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412.

25         After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

26 will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

27 attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment

28 will depend on whether the fees and expenses are subject to any offset allowed under the United

Stip. & Prop. Order for EAJA          1

States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shanny Lee, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted October 18, 2011.

Respectfully submitted,

Dated: October 18, 2011

*/s/ Shanny Lee*
(As authorized via email)
SHANNY LEE
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney

Date: October 18, 2011

By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant Michael J. Astrue

/////

/////

/////

Stip. & Prop. Order for EAJA                    2

1

<u>ORDER</u>

2

APPROVED AND SO ORDERED.

3

DATED: October 19, 2011.

4

5

6

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7

8

DAD1\orders.socsec\bohlin1790.stipord.attyfee.eaja

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. & Prop. Order for EAJA                3